IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TIMOTHY MARCUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-048 |
| | ) | |
| CORPORAL ELLISON; CORPORAL SEAMORE; DEPUTY THOMAS; DEPUTY PRESCOTT; DEPUTY BUSBY; DEPUTY GIST; DEPUTY PERISH; NURSE CLARK; DOCTOR CROSBY; MISS GARDNER; MS. WILLIAMS; MR. BURKE; NURSE BAKER; DEPUTY GILMORE; DEPUTY BLASTINGAME; DEPUTY BRINSON; and DOCTOR CARSON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___16th___ day of July, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA